UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Search Warrant dated November 3, 2021, **ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's letter dated November 12, 2021. Accordingly,

1. By **November 18, 2021**, at **12:00 p.m.**, Petitioner may file a motion seeking the relief contemplated in his letter dated November 12, 2021;
2. By **November 19, 2021**, the Government shall file its response; and
3. By **November 24, 2021**, Petitioner shall file his reply, if any.

The Clerk of Court is directed to open a miscellaneous case and mark it as related to 21-mc-813 and 21-mc-819.

SO ORDERED.

Dated: November 17, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge