# The Dickerson Law Group

**Brian E. Dickerson**
Partner
6846 Trail Blvd
Naples, FL 34108
Direct: 202.570.0248

Bdickerson@dickerson-law.com

November 26, 2021

**VIA EMAIL**
*Original will <u>not</u> follow by mail.*

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>*In re Search Warrants dated November 3, 2021*</u>, 21 MAG 10547
     Miscellaneous Case No. 21-mc-00825

Dear Judge Torres:

  This law firm, along with the Law Offices of Eric Franz, PLLC, represent Spencer Meads ("Meads") in the above-referenced action. On November 24, 2021, Meads filed his Reply [Dkt. 10] in Support of his pending Motion to Appoint Special Master [Dkt. 8].

  For the Court's reference, enclosed please find the relevant transcript excerpt from the November 23, 2021 hearing in the case styled *Project Veritas v. New York Times Co.*, Case No. 63921, pending in the Supreme Court of New York for Westchester County. As noted on page 13 of the enclosed transcript excerpt, in reference to Project Veritas and The New York Times, Justice Charles Wood specifically observed that "both sides [] are media organizations". *See* enclosed Transcript Excerpt at p. 12. Accordingly, the Government's argument that Project Veritas is not a legitimate news organization has been rejected by the state court.

  I appreciate the Court's consideration of the enclosed materials.

             Respectfully submitted,

         By:_____
           Brian E. Dickerson
           New York State Bar No. 5169958
           **THE DICKERSON LAW GROUP, P.A.**
           6846 Trail Boulevard
           Naples, FL 34108
           Tel: (202) 570-0248

**The Dickerson Law Group**

November 18, 2021
Page 2 of 2

                                           Fax: (239) 236-1260
                                           *bdickerson@dickerson-law.com*

*Application for Attorney Admission to the Southern District of New York to be filed promptly*

/s Eric Franz
Eric Franz
**THE LAW OFFICES OF**
**ERIC FRANZ, PLLC**
220 Old Country Road
Mineola, NY 11501
Tel: (212) 355-2200
Fax: (212) 937-2217
*eric@efranzlaw.com*

Enclosures

cc:    <u>Via Email and CM/ECF</u>
        Robert Sobelman, Esq.
        Mitzi Steiner, Esq.
        Jacqueline Kelly, Esq.
        Eric Franz, Esq.