# BRACEWELL

December 19, 2022

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re: Search Warrants dated November 3 and 5, 2021*,
       Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the November 2022 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment

cc:   Counsel for all parties

**Barbara S. Jones**
Partner

T:+1.212.508.6105     F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com     bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)
500 Pearl Street
New York, NY 10007

December 08, 2022
Invoice: 21948188

Our Matter: Special Master in Matters of Search Warrants regarding Project Veritas
For Services Through November 30, 2022

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 11/03/22 | Review materials. | 2.10 | 1,890.00 |
| 11/03/22 | Attention to objections | 1.50 | 1,425.00 |
| 11/15/22 | Review materials. | 2.00 | 1,800.00 |
| 11/15/22 | Attention to objections | 1.40 | 1,330.00 |
| 11/16/22 | Review materials. | 2.30 | 2,070.00 |
| 11/17/22 | Discussion with M. Maloney re: research assignment. | 0.40 | 360.00 |
| 11/21/22 | Telephone conference with CDS re: data issues; attention to various re: same and objections | 1.00 | 950.00 |
| **Total Fees** | | | **$ 9,825.00** |

**Bracewell LLP**   31 W. 52nd Street, Suite 1900 New York, New York 10019-0019.   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

Page 2

Client: United States District Court, Southern District of New York (Veritas)   Invoice: 21948188

**Expense Detail**

| Date | Cost | Description | Amount |
|---|---|---|---|
| 11/30/22 | Document Production | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Hosting, etc Inv# INV-CDS-27993 Date: 11/30/2022 | 5,423.19 |

**Total Expenses** $ 5,423.19

**Total Fees, Expenses and Charges on This Invoice** $ 15,248.19

Government's 50% share: $7,624.10
Petitioners' 50% share: 7,624.20

Bracewell LLP   31 W. 52nd Street, Suite 1900 New York, New York 10019-0019   bracewell.com

AUSTIN    CONNECTICUT    DALLAS    DUBAI    HOUSTON    LONDON    NEW YORK    SAN ANTONIO    SEATTLE    WASHINGTON, DC