IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**In re Search Warrant dated November 3, 2021**

Case No. 21-mc-00825
Honorable Analisa Torres

-----------------------------------------------------------------------------------------------------------------

## NOTICE OF APPEARANCE

Edward D. Greim of Graves Garrett LLC hereby enters his appearance as counsel of record for Project Veritas in the above-referenced action. Counsel has been admitted to practice in this District since 2004.

Dated: December 23, 2022

Respectfully submitted,

GRAVES GARRETT LLC

*s/ Edward D. Greim*
Edward D. Greim, #4240172
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com

ATTORNEY FOR PROJECT VERITAS

1

**CERTIFICATE OF SERVICE**

      This certifies that the foregoing was served via the Court's Electronic Case Filing System on the date of filing, December 23, 2022, to all counsel of record.

                                        *s/ Edward D. Greim*
                                        Attorney for Project Veritas