IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Search Warrant dated November 3, 2021,

    Plaintiff,

                                                              **Case No. 21-mc-00825**
                                                               **Honorable Analisa Torres**

-------------------------------------------------------------------------------------------------------------------

## MOTION TO WITHDRAW DKT. 44

COMES NOW Edward D. Greim of Graves Garrett LLC moves to withdraw his appearance as counsel for Project Veritas in the above-referenced action. Dkt. 44 was filed in in error and has since been filed in the correct action, Case No. 21-mc-00813 (AT).

Dated: December 29, 2022

                                        Respectfully submitted,

                                        GRAVES GARRETT LLC

                                        *s/ Edward D. Greim*
                                        Edward D. Greim, #4240172
                                        1100 Main Street, Suite 2700
                                        Kansas City, MO 64105
                                        Telephone: (816) 256-3181
                                        Fax: (816) 256-5958
                                        edgreim@gravesgarrett.com

                                        ATTORNEY FOR PROJECT VERITAS

1

## **CERTIFICATE OF SERVICE**

This certifies that the foregoing was served via the Court's Electronic Case Filing System on the date of filing, December 29, 2022, to all counsel of record.

*s/ Edward D. Greim*
Attorney for Project Veritas