USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Search Warrant dated November 3, 2021,

    Plaintiff,

Case No. 21-mc-00825
Honorable Analisa Torres

-----------------------------------------------------------------------------------------------------------

## MOTION TO WITHDRAW DKT. 44

COMES NOW Edward D. Greim of Graves Garrett LLC moves to withdraw his appearance as counsel for Project Veritas in the above-referenced action. Dkt. 44 was filed in in error and has since been filed in the correct action, Case No. 21-mc-00813 (AT).

Dated: December 29, 2022

Respectfully submitted,

GRAVES GARRETT LLC

*s/ Edward D. Greim*
Edward D. Greim, #4240172
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com

ATTORNEY FOR PROJECT VERITAS

GRANTED. The Clerk of Court is directed to terminate Edward D. Greim from the docket.

Dated: December 30, 2022
    New York, New York

ANALISA TORRES
United States District Judge