# BRACEWELL

May 1, 2023

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re: Search Warrants dated November 3 and 5, 2021*,
      Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the March 2023 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment

cc:   Counsel for all parties

**Barbara S. Jones**
Partner

T:+1.212.508.6105   F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)
500 Pearl Street
New York, NY 10007

April 19, 2023
Invoice: 21955680

Our Matter:   0004730.000001 Special Master in Matters of Search Warrants regarding Project Veritas
For Services Through March 31, 2023

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 03/07/23 | Draft/revise R&R. | 4.20 | 3,780.00 |
| 03/08/23 | Review privilege issues. | 1.50 | 1,425.00 |
| 03/08/23 | Research for R&R. | 1.70 | 1,530.00 |
| 03/08/23 | Attention to issues re order; conference with team | 1.50 | 1,425.00 |
| 03/13/23 | Research for R&R; call with Judge Jones re: same. | 0.50 | 450.00 |
| 03/15/23 | Call with D. Shargel re: R&R. | 0.20 | 180.00 |
| 03/15/23 | Telephone conference re report and recommendation | 0.40 | 380.00 |
| 03/16/23 | Draft/revise R&R. | 1.80 | 1,620.00 |
| 03/17/23 | Final review and approval of R&R | 1.00 | 950.00 |
| 03/17/23 | Draft/edit R&R; call with D. Shargel re: lists and R&R. | 1.20 | 1,080.00 |
| 03/17/23 | Review report and recommendation; telephone conference with R Maxwell | 1.00 | 950.00 |
| 03/18/23 | Finalize lists of released and withheld documents | 5.30 | 5,035.00 |
| 03/20/23 | Review and cite check Report and Recommendation o Special Master | 8.50 | 5,100.00 |
| 03/20/23 | Edits to R&R charts. | 0.60 | 540.00 |

# BRACEWELL

Page 2

Client: United States District Court, Southern District of New York (Veritas)   Invoice: 21955680

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/20/23 | Extensive work on organizing and finalizing decisions on documents and report | 5.70 | 5,415.00 |
| 03/21/23 | Edits to R&R charts. | 0.20 | 180.00 |
| 03/21/23 | Finalize and file report and recommendation | 1.80 | 1,710.00 |
| 03/22/23 | Attention to issues re redaction and follow up | 0.80 | 760.00 |
| 03/24/23 | Attention to redactions; correspondence with parties | 1.30 | 1,235.00 |
| 03/25/23 | Review and confirm redactions; produce same to parties | 1.00 | 950.00 |
| **Total Fees** | | | **$ 34,695.00** |

### Expense Detail

| Date | Cost | Description | Amount |
|---|---|---|---|
| 03/31/23 | Other | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Housing, Monthly User License, Project Management Inv# INV-CDS-31185 Date: 03/31/2023 | 8,673.19 |

# BRACEWELL

**Page** 3

Client: United States District Court, Southern District of New York (Veritas)     Invoice: 21955680

| | |
|---|---:|
| **Total Expenses** | **$ 8,673.19** |
| **Total Fees, Expenses and Charges on This Invoice** | **$ 43,368.19** |

Government's 50% share: $21,684.10
Petitioners' 50% share: $21,684.10

Bracewell LLP   31 W. 52nd Street, Suite 1900 New York, New York 10019-0019   bracewell.com

AUSTIN          CONNECTICUT          DALLAS          DUBAI          HOUSTON          LONDON          NEW YORK          SAN ANTONIO          SEATTLE          WASHINGTON, DC