# BRACEWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/21/2023_

June 20, 2023

BY ECF

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re: Search Warrants dated November 3 and 5, 2021*,
      Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the invoice covering April and May 2023 setting forth expenses incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment

---

The Court has reviewed the invoices submitted by the Special Master, and finds them to be fair and reasonable. As the parties have been given an opportunity to review and comment on the invoices, and have raised no objections, the parties shall remit payment to the Special Master consistent with the Court's February 18, 2022 order, *see e.g.*, No. 21 Misc. 813, ECF No. 58.

SO ORDERED.

Dated: June 21, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge