UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Search Warrant dated November 3, 2021,

Plaintiff,

21-mc-00825 (AT)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that RICHARD L. SULLIVAN, ESQ., an attorney duly licensed to practice law in the State of New York and in the United States District Court, Southern District of New York, hereby appears as co-counsel for Petitioner Spencer Meads in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon the undersigned at the office address stated below.

Dated: Brockport, New York
       January 10, 2024

*/s/ Richard L. Sullivan*

Richard L. Sullivan, Esq.
6558 4th Section Rd., #195
Brockport, NY 14420
(T) (307) 250-2462
(F) (716) 810-1785
richardlsullivan@msn.com