LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com　　　　　　　　　　　　　　　　　　　　800 THIRD AVENUE, FLOOR 20
ALSO ADMITTED IN MASSACHUSETTS　　　　　　　　　　　　　　　　　　　　　　NEW YORK, NEW YORK 10022
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　212-446-2346
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX: 212-459-2299
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　www.fernichlaw.com

Jan. 24, 2024

**BY ECF**

Hon. Analisa Torres
USDJ-SDNY
500 Pearl St.
New York, NY 10007

　　　　Re:　*In Re Search Warrants Dated Nov. 3, 2021*, 21 MC 825 (SDNY) (AT)

Dear Judge Torres:

　　　　My office, along with that of Jeffrey Lichtman, Esq., represents James O'Keefe, a petitioner in the referenced proceeding. By this letter, our client joins co-petitioner Spencer Meads's Jan. 17, 2024 motion (ECF 74) seeking to stay pending appeal to the Second Circuit enforcement of the Court's Dec. 21, 2023 order (ECF 68) regarding the First Amendment, reporter's and attorney-client privileges.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Marc Fernich

cc:　　All counsel (ECF)