AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re: Search Warrant dated November 3, 2021 | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21 Misc. 825 (AT) |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:   01/24/2024

/s/ Jacqueline Kelly
*Attorney's signature*

Jacqueline Kelly
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
26 Federal Plaza, Fl. 37
New York, NY 10007
*Address*

jacqueline.kelly@usdoj.gov
*E-mail address*

(212) 637-2456
*Telephone number*

*FAX number*