# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-four.

Before:    Alison J. Nathan,
        *Circuit Judge,*

---

In re: Search Warrant dated November 3, 2021.

-----------------------------------------------

Spencer Meads,

    Petitioner - Appellant,

v.

United States of America,

    Respondent - Appellee.

---

**ORDER**

Docket No. 24-192

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 22 2024

    Appellant moves for a 14-day extension until May 15, 2024 to file his principal brief. He also requests expedited decision on his motion for a stay pending appeal.

    IT IS HEREBY ORDERED that the motion for extension of time to file the brief and for expedited consideration of the stay motion is GRANTED. A temporary stay of the district court's December 21, 2023 order is granted until the motion for stay pending appeal is decided by a three-judge panel. The imposition of a temporary stay is required because a three-judge panel cannot resolve the stay motion by April 29, 2024 and expresses no view on appellate jurisdiction or other merits issues.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/22/2024