S.D.N.Y. – N.Y.C.<br>
21-mc-825<br>
Torres, J.<br>
Jones, Special Master

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand twenty-four.

Present:

    Jon O. Newman,
    Sarah A. L. Merriam,
        *Circuit Judges,*
    Gary S. Katzmann,
        *Judge.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 29 2024
```

---

| | |
|---|---|
| In re: Search Warrant Dated November 3, 2021 | 24-192 |

---

Appellant moves for a stay, pending appeal, of the district court order directing the Government's filter team to turn over responsive documents to the investigative team. Upon due consideration, it is hereby ORDERED that the stay is GRANTED, and the instant appeal is hereby EXPEDITED.

Both parties indicated at oral argument that they would be prepared to agree to an expedited schedule for the remainder of the briefing and argument in this matter. Appellant's brief having already been filed, the government shall file its responsive brief(s) on or before June 10, 2024. Any reply by Appellant shall be filed on or before June 17, 2024. The Court will set this matter down for argument at the earliest possible date, which may be as early as the week of June 24, 2024.

                                                      FOR THE COURT:
                                                      Catherine O'Hagan Wolfe, Clerk of Court

---

* Judge Gary S. Katzmann, of the United States Court of International Trade, sitting by designation.