**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 5, 2025

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)
    *In re Search Warrant dated November 3, 2021*, 21 Misc. 819 (AT)
    *In re Search Warrant dated November 3, 2021*, 21 Misc. 825 (AT)

Dear Judge Torres:

  The Government respectfully submits this letter to notify the Court that the grand jury investigation that led to the charges in *United States v. Aimee Harris and Robert Kurlander*, No. 22 Cr. 457 (LTS), and the issuance of the above-referenced search warrants has concluded. Based on information currently available to the Government, no additional criminal charges are forthcoming. Accordingly, the Government requests that the Court terminate the appointment of the Special Master, the Honorable Barbara S. Jones.

            Respectfully submitted,

            DANIELLE R. SASSOON
            United States Attorney

         By: /s/
           Jacqueline Kelly
           Mitzi Steiner
           Robert B. Sobelman
           Assistant United States Attorneys
           (212) 637-2456/2284/2616

Cc: Counsel of Record (by ECF)