**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 17, 2026

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)**
***In re Search Warrant dated November 3, 2021*, 21 Misc. 819 (AT)**
***In re Search Warrant dated November 3, 2021*, 21 Misc. 825 (AT)**

Dear Judge Torres:

The Government respectfully submits the attached redacted copies of the Search Warrant Materials pursuant to the Court's August 11, 2026 Order. The redacted version of the November 5, 2021 search warrant executed at the residence of James O'Keefe (21 Misc. 813) is attached hereto as Exhibit A, and the redacted version of the November 3, 2021 search warrants executed at the residences of Eric Cochran and Spenser Meads (21 Misc. 819 and 21 Misc. 825) is attached hereto as Exhibit B.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ___/s/______________________
Mitzi Steiner
Assistant United States Attorney
(212) 637-2284

Cc: Counsel of Record (by ECF)